LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244

Attorneys for Plaintiff LARY FEEZOR

CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378

Attorneys for Defendant
VISION F.S., INC. dba DENNY'S #7190

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>       Plaintiff,<br><br>v.<br><br>VISION F.S., INC. dba DENNY'S #7190; PETER P. BOLLINGER INVESTMENT COMPANY,<br><br>       Defendants. | Case No. 2:12-cv-02743-MCE-CMK<br><br>STIPULATION FOR DISMISSAL and ORDER THEREON |

- 1 -

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendant, VISION F.S., INC. dba DENNY'S #7190, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: February 19, 2013                DISABLED ADVOCACY GROUP, APLC

                                                   */s/ Lynn Hubbard*
LYNN HUBBARD III
Attorney for Plaintiff LARY FEEZOR

Dated: February 19, 2013                VAUGHAN & ASSOCIATES

                                                   */s/ Cris C. Vaughan*
CRIS C. VAUGHAN
Attorney for Defendants VISION F.S., INC. dba DENNY'S #7190

## **ORDER**

Pursuant to the stipulation above, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:   February 25, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE